UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | 12-30113 |
| SARALAND, LLLP | } | |
| | } | JUDGE SUSAN D. BARRETT |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM _____ TO _____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

_s/ Jesse C. Stone_____
Attorney for Debtor's Signature

Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

Post Office Box 4116                      Post Office Box 129

Eastman, GA  31023-4116                   Swainsboro, GA  30401

478-374-5097                              478-237-7029

_____                    _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING Jan 1, 2013 and ending Jan 31, 2013

Name of Debtor: SARALAND, LLLP                    Case Number 12-30113
Date of Petition: March 29, 2012

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | _____(a) | _____(b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | _____ | _____ |
| Minus:  Cash Refunds | (-)_____ | _____ |
| Net Cash Sales | | _____ |
| B.  Accounts Receivable | _____ | _____ |
| C.  Other Receipts *(See MOR-3)* | _____ | _____ |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | _____ | _____ |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | _____ | _____ |
| **5. DISBURSEMENTS** | | |
| A. Advertising | _____ | _____ |
| B. Bank Charges | _____ | _____ |
| C. Contract Labor | _____ | _____ |
| D. Fixed Asset Payments (not incl. in "N") | _____ | _____ |
| E. Insurance | _____ | _____ |
| F. Inventory Payments *(See Attach. 2)* | See Attached | _____ |
| G. Leases | | _____ |
| H. Manufacturing Supplies | _____ | _____ |
| I. Office Supplies | _____ | _____ |
| J. Payroll - Net *(See Attachment 4B)* | _____ | _____ |
| K. Professional Fees (Accounting & Legal) | _____ | _____ |
| L. Rent | _____ | _____ |
| M. Repairs & Maintenance | _____ | _____ |
| N.  Secured Creditor Payments *(See Attach. 2)* | _____ | _____ |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | _____ | _____ |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | _____ | _____ |
| Q. Taxes Paid - Other *(See Attachment 4C)* | _____ | _____ |
| R. Telephone | _____ | _____ |
| S.  Travel & Entertainment | _____ | _____ |
| Y. U.S. Trustee Quarterly Fees | _____ | _____ |
| U. Utilities | _____ | _____ |
| V. Vehicle Expenses | _____ | _____ |
| W. Other Operating Expenses *(See MOR-3)* | _____ | _____ |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | _____ | _____ |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | _____(c) | _____(c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 5th day of MAR, 20 13.

_____
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

Saraland, LLLP
Case Number 12-30113
Date of Petition: March 29, 2012

Schedule of Receipts and Disbursements
For the period beginning 1/01/13 and ending 1/31/13

|   |   | Current Month | Cumulative Petition to date |
|---|---|---:|---:|
| 1 | Beginning | 1,212.45 | 8,281.15 |
|   |   |   |   |
| 2 | Receipts |   |   |
|   | Cash Sales | - | 52,839.36 |
|   | Minus Refunds | - | (149.22) |
|   | Net Cash Sales | - | 52,690.14 |
|   | Accounts Receivable | - | 64,991.31 |
|   | Other Receipts (MOR-3) | 5,418.00 | 122,715.85 |
| 3 | Total Receipts | 5,418.00 | 240,397.30 |
| 4 | Totals Funds Available | 6,630.45 | 248,678.45 |
|   |   |   |   |
| 5 | Disbursements |   |   |
| A | Advertising | - | 581.00 |
| B | Bank charges | 10.00 | 58.00 |
| C | Contract Labor | 1,358.00 | 36,907.13 |
| D | Fixed asset payemnts | - | 1,242.79 |
| E | Insurance | - | 3,447.42 |
| F | Inventory payments (Attachment2) | - | 10,923.74 |
| G | Leases | - | - |
| H | Manufacturing supplies | - | - |
| I | Office suppliess | 9.95 | 1,834.79 |
| J | Payroll - net (attachment 4B) | - | 9,816.07 |
| K | Professional fees | 500.00 | 18,060.64 |
| L | Rent | - | 1,600.00 |
| M | Repairs & Maintenance | 590.97 | 83,137.48 |
| N | Secured Creditor payments | - | - |
| O | Taxes paid (Payroll) Att 4C | 42.00 | 6,044.71 |
| P | Taxes paid (sales tax) Att 4C | - | - |
| Q | Taxes paid (other) Att 4C | - | 119.74 |
| R | Telephone | 309.34 | 5,265.61 |
| S | Travel & Entertainment | - | 6,881.75 |
| Y | US Trustee Quarterly Fee | 650.00 | 3,900.00 |
| U | Utilities | 260.23 | 4,964.04 |
| V | Vehicle Expenses | 849.72 | 11,704.25 |
| W | Other operating expenses (MOR-3) | 895.00 | 41,034.05 |
| 6 | Total Disbursements | 5,475.21 | 247,523.21 |
| 7 | Ending Balance | 1,155.24 | 1,155.24 |

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| N/A | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

Saraland, LLLP
Case Number 12-30113
Date of Petition: March 29, 2012

For the period beginning 1/01/13 and ending 1/31/13

**Other Receipts**

| Description | Current Month | Cummulative Petition to Date |
|---|---|---|
| Rent Roll | 5,168.00 | 100,487.43 |
| Late fees | - | 97.20 |
| Paypal cash back | - | 69.22 |
| Security Deposit | 250.00 | 1,400.00 |
| Loan from Lister Harrell | - | 8,000.00 |
| Farm land income | - | 12,662.00 |
| | 5,418.00 | 122,715.85 |

**Other Disbursements**

| Description | Current Month | Cummulative Petition to Date |
|---|---|---|
| Dues and subscription | 350.00 | 1,136.34 |
| Donations | - | 100.00 |
| Postage and shipping | 45.00 | 2,056.39 |
| Internet selling fees | - | 402.81 |
| Dividends to owner | 500.00 | 24,984.11 |
| Shipping supplies | - | 610.24 |
| Licenses | - | 106.62 |
| Habitat Feed | - | 320.91 |
| Payments to Paradise Farms | - | 3,353.61 |
| Transfer of Pay Pal funds to Paradise Farms | - | 7,963.02 |
| | 895.00 | 41,034.05 |

8:51 AM

03/05/13

Cash Basis

# Saraland LLLP
## Transaction Detail By Account
### January 2013

| Type | Date | Name | Original Amount | Paid Amount |
|------|------|------|-----------------|-------------|
| **4100 · Other Income** | | | | |
| **4110 · Rental Income** | | | | |
| Deposit | 1/2/2013 | Dodge Community Authority | 422.00 | 422.00 |
| Deposit | 1/7/2013 | Mike Cossett | 368.00 | 368.00 |
| Deposit | 1/7/2013 | Chris Steve | 250.00 | 250.00 |
| Deposit | 1/7/2013 | Stage Stores | 3,000.00 | 3,000.00 |
| Deposit | 1/7/2013 | Mayclaire Bowen | 450.00 | 450.00 |
| Deposit | 1/7/2013 | Tori Redmon | 28.00 | 28.00 |
| Deposit | 1/7/2013 | Wendy Gibson | 150.00 | 150.00 |
| Deposit | 1/7/2013 | Amanda Cooper | 250.00 | 250.00 |
| Deposit | 1/18/2013 | Dwight Goolsby | 250.00 | 250.00 |
| Total 4110 · Rental Income | | | | 5,168.00 |
| Total 4100 · Other Income | | | | 5,168.00 |
| **TOTAL** | | | | **5,168.00** |

10:16 AM

03/05/13

Accrual Basis

# Saraland LLLP
# Balance Sheet
### As of January 31, 2013

|  | Jan 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Wells Fargo | 265.18 |
| 1005 · Wells Fargo - Payroll | 475.00 |
| 1010 · Wells Fargo - Tax account | 415.06 |
| **Total Checking/Savings** | 1,155.24 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 68,750.00 |
| **Total Accounts Receivable** | 68,750.00 |
| **Total Current Assets** | 69,905.24 |
| **Fixed Assets** | |
| 1500 · Buildings - Investments | 770,107.31 |
| 1505 · Buildings - Rentals | 83,143.18 |
| 1510 · Computers | 1,242.79 |
| 1515 · Equipment | 23,888.19 |
| 1525 · Land - Investments | 2,266,883.43 |
| 1540 · Land - Rentals | 71,300.00 |
| 1545 · Standing Timber Investments | 1,025,776.45 |
| 1599 · Accumulated Depreciation | -455,729.86 |
| **Total Fixed Assets** | 3,786,611.49 |
| **TOTAL ASSETS** | **3,856,516.73** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2125 · Post-bankrupcy loan from Lister | 16,015.89 |
| 2290 · Security Deposit | 1,400.00 |
| **Total Other Current Liabilities** | 17,415.89 |
| **Total Current Liabilities** | 17,415.89 |
| **Long Term Liabilities** | |
| 2600 · Ag Georgia Farm Credit | 2,900,000.00 |
| 2605 · N/P - Bank of Eastman | 1,278,795.29 |
| 2610 · N/P - Colony Bank | 1,027,538.08 |
| 2615 · N/P - Sheffield Financial | 7,159.89 |
| **Total Long Term Liabilities** | 5,213,493.26 |
| **Total Liabilities** | 5,230,909.15 |
| **Equity** | |
| 3100 · Dividends | -500.00 |
| 3120 · Due to Paradise Farms, Inc | -1,164,323.70 |
| 3200 · Partner Equity - Paradise Farms | -13,538.00 |
| 3300 · Partner Equity - Lister Harrell | -172,966.75 |
| 3800 · Retained Earnings | -85,339.60 |
| Net Income | 62,275.63 |
| **Total Equity** | -1,374,392.42 |
| **TOTAL LIABILITIES & EQUITY** | **3,856,516.73** |

10:16 AM

03/05/13

Cash Basis

# Saraland LLLP
# Profit & Loss
### January 2013

| | Jan 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4100 · Other Income** | |
| 4110 · Rental income | 5,168.00 |
| **Total 4100 · Other Income** | 5,168.00 |
| **Total Income** | 5,168.00 |
| **Cost of Goods Sold** | |
| 5100 · Shipping and fees | 45.00 |
| **Total COGS** | 45.00 |
| **Gross Profit** | 5,123.00 |
| **Expense** | |
| 6005 · Bank Charges | 10.00 |
| **6010 · Contract Expenses** | |
| 6011 · Contract Labor | 1,358.00 |
| **Total 6010 · Contract Expenses** | 1,358.00 |
| **6030 · Office Supplies** | |
| 6032 · Software Expense | 9.95 |
| **Total 6030 · Office Supplies** | 9.95 |
| **6040 · Professional Fees** | |
| 6042 · Accounting | 500.00 |
| **Total 6040 · Professional Fees** | 500.00 |
| **6050 · Repairs & Maintenance** | |
| 6054 · Rental Repairs & Maintenance | 444.25 |
| 6050 · Repairs & Maintenance - Other | 146.72 |
| **Total 6050 · Repairs & Maintenance** | 590.97 |
| 6060 · Payroll Tax Expenses | 42.00 |
| 6070 · Telephone | 309.34 |
| 6080 · US Trustee Fee | 650.00 |
| 6085 · Utilities | 260.23 |
| **6090 · Auto Expenses** | |
| 6091 · Gas & Oil | 849.72 |
| **Total 6090 · Auto Expenses** | 849.72 |
| 7015 · Dues & Subscriptions | 350.00 |
| **Total Expense** | 4,930.21 |
| **Net Ordinary Income** | 192.79 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 9010 · Depreciation | 6,667.16 |
| **Total Other Expense** | 6,667.16 |
| **Net Other Income** | -6,667.16 |
| **Net Income** | -6,474.37 |

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: SARALAND, LLLP          Case Number: 12-30113

Reporting Period beginning _____     Period ending _____

ACCOUNTS RECEIVABLE AT PETITION DATE: _____ - 0 - _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ _____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ _____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $  68,750.00 * | |
| End of Month Balance | $  68,750.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ 68,750 | $ _____ | $ _____ | $ _____ | $ _____ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  SARALAND, LLLP                    Case Number: 12-30113

Reporting Period beginning _____        Period ending _____

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL AMOUNT _____(b)

☐  **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ – 0 – | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ – 0 – | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL _____(d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: SARALAND, LLLP      Case Number: 12-30113

Reporting Period beginning _____      Period ending _____

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:     $ _____ -0- _____

INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ _____ | (a) |
| PLUS: Inventory Purchased During Month | $ _____ | |
| MINUS: Inventory Used or Sold | $ _____ | |
| PLUS/MINUS: Adjustments or Write-downs | $ _____ | * |
| Inventory on Hand at End of Month | $ _____ -0- _____ | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ %   = | _____ 100%* |

\* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 3,793,278.65 | (a)(b) |
| MINUS: Depreciation Expense | $ -6667.16 | |
| PLUS: New Purchases | $ _____ | |
| PLUS/MINUS: Adjustments or Write-downs | $ _____ | * |
| Ending Monthly Balance | $ 3,786,611.49 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

<u>**ATTACHMENT 4A**</u>

<u>**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**</u>

Name of Debtor:  SARALAND, LLLP                    Case Number:  12-30113

Reporting Period beginning _____     Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 779.20 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | -514.02 * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 265.18 **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

12:01 PM

02/26/13

### Saraland LLLP
## Reconciliation Summary
#### 1000 · Wells Fargo, Period Ending 02/22/2013

|  | Feb 22, 13 |
|---|---|
| **Beginning Balance** | 1,575.95 |
| **Cleared Transactions** | |
| Checks and Payments - 27 items | -7,900.17 |
| Deposits and Credits - 5 items | 14,918.00 |
| **Total Cleared Transactions** | 7,017.83 |
| **Cleared Balance** | **8,593.78** |
| **Uncleared Transactions** | |
| Checks and Payments - 4 items | -1,437.63 |
| **Total Uncleared Transactions** | -1,437.63 |
| **Register Balance as of 02/22/2013** | **7,156.15** |
| **Ending Balance** | 7,156.15 |

12:01 PM

02/26/13

**Saraland LLLP**
**Reconciliation Detail**
1000 · Wells Fargo, Period Ending 02/22/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,575.95 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 27 items** | | | | | | |
| Bill Pmt -Check | 10/5/2012 | 1154 | AAA | X | -66.00 | -66.00 |
| Check | 1/25/2013 | 1239 | Nikki Harrell | X | -446.75 | -512.75 |
| Check | 1/30/2013 | Debit | Pacific Legal Found... | X | -350.00 | -862.75 |
| Bill Pmt -Check | 2/1/2013 | 1242 | AT&T | X | -311.83 | -1,174.58 |
| Bill Pmt -Check | 2/1/2013 | 1241 | Verizon Wireless | X | -205.90 | -1,380.48 |
| Bill Pmt -Check | 2/1/2013 | 1240 | Dish Network | X | -112.81 | -1,493.29 |
| Check | 2/4/2013 | 1243 | Sara Harrell | X | -100.00 | -1,593.29 |
| Check | 2/5/2013 | Debit | Farmers Market Bul... | X | -11.00 | -1,604.29 |
| Check | 2/6/2013 | 1244 | Amanda Cooper | X | -250.00 | -1,854.29 |
| Check | 2/8/2013 | 1246 | Nikki Harrell | X | -478.56 | -2,332.85 |
| Bill Pmt -Check | 2/8/2013 | 1245 | Georgia Power | X | -12.11 | -2,344.96 |
| Bill Pmt -Check | 2/12/2013 | 1247 | Shorty's | X | -1,221.75 | -3,566.71 |
| Bill Pmt -Check | 2/12/2013 | 1248 | James Wilcox | X | -85.00 | -3,651.71 |
| Check | 2/14/2013 | 1249 | Sara Harrell | X | -75.00 | -3,726.71 |
| Check | 2/15/2013 | 1250 | Nikki Harrell | X | -415.00 | -4,141.71 |
| Bill Pmt -Check | 2/15/2013 | 1253 | Ocmulgee EMC | X | -220.20 | -4,361.91 |
| Bill Pmt -Check | 2/15/2013 | 1254 | White & Sons | X | -125.00 | -4,486.91 |
| Bill Pmt -Check | 2/15/2013 | 1252 | City of Eastman | X | -54.30 | -4,541.21 |
| Bill Pmt -Check | 2/15/2013 | 1251 | Chas Mar Home an... | X | -8.99 | -4,550.20 |
| Check | 2/19/2013 | 1255 | Ben Stanley | X | -50.00 | -4,600.20 |
| Check | 2/21/2013 | Debit | GOTOMYPC.COM | X | -9.95 | -4,610.15 |
| Check | 2/22/2013 | Trans... | Wells Fargo Bank | X | -2,000.00 | -6,610.15 |
| Check | 2/22/2013 | | PayPal Customer | X | -500.00 | -7,110.15 |
| Check | 2/22/2013 | 1257 | Nikki Harrell | X | -315.00 | -7,425.15 |
| Check | 2/22/2013 | Debit | Wal-Mart | X | -241.02 | -7,666.17 |
| Bill Pmt -Check | 2/22/2013 | 1256 | Keith's Tree Service | X | -150.00 | -7,816.17 |
| Check | 2/22/2013 | 1260 | Jacob Marchant | X | -84.00 | -7,900.17 |
| Total Checks and Payments | | | | | -7,900.17 | -7,900.17 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 2/1/2013 | | Dodge Community ... | X | 422.00 | 422.00 |
| Deposit | 2/4/2013 | | | X | 3,646.00 | 4,068.00 |
| Deposit | 2/15/2013 | | | X | 850.00 | 4,918.00 |
| Deposit | 2/19/2013 | | | X | 10,000.00 | 14,918.00 |
| Check | 2/22/2013 | 1259 | Jacob Marchant | X | | 14,918.00 |
| Total Deposits and Credits | | | | | 14,918.00 | 14,918.00 |
| Total Cleared Transactions | | | | | 7,017.83 | 7,017.83 |
| Cleared Balance | | | | | 7,017.83 | 8,593.78 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Bill Pmt -Check | 6/13/2012 | 1052 | Oakley | | -199.67 | -199.67 |
| Check | 8/3/2012 | Debit | Val-Co Products | | -248.35 | -448.02 |
| Check | 2/22/2013 | 1261 | Claude Sutton | | -800.00 | -1,248.02 |
| Bill Pmt -Check | 2/22/2013 | 1258 | Verizon Wireless | | -189.61 | -1,437.63 |
| Total Checks and Payments | | | | | -1,437.63 | -1,437.63 |
| Total Uncleared Transactions | | | | | -1,437.63 | -1,437.63 |
| Register Balance as of 02/22/2013 | | | | | 5,580.20 | 7,156.15 |
| **Ending Balance** | | | | | **5,580.20** | **7,156.15** |



**Wells Fargo Business Online®**

## Account Activity

**Business and Personal Accounts**

**BUSINESS CHECKING XXXXXX2007**

### Activity Summary

| | |
|---|---|
| Ending Collected Balance as of 03/04/13 | $38,302.67 |
| Current Posted Balance | $38,302.67 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$38,302.67** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show:  for  **Date Range  01/01/13 to 01/31/13**

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions**  Note: Amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 01/31/13 | CHECK CRD PURCHASE 01/30 PACIFIC LEGAL FOUN 916-419-7111 CA 474165XXXXXX8133 263030477549953 ?MCC=8111 | | $350.00 | $779.20 |
| 01/25/13 | CHECK # 1239 | | $446.75 | $1,129.20 |
| 01/22/13 | CHECK # 1236 | | $194.20 | $1,575.95 |
| 01/22/13 | CHECK # 1237 | | $650.00 | |
| 01/22/13 | ONLINE TRANSFER REF #IBEC6FQ4JR TO CHECKING PARTIAL OWNERS DRAW FOR JAN 2013 | | $500.00 | |
| 01/22/13 | RECUR DEBIT CRD PMT01/20 CTO*GOTOMYPC.COM 888-259-3826 CA 474165XXXXXX8133 0030019296126277 7MCC=5968 | | $9.95 | |
| 01/18/13 | DEPOSIT | $250.00 | | $2,930.10 |
| 01/17/13 | CHECK # 1238 | | $360.00 | $2,680.10 |
| 01/14/13 | CHECK # 1226 | | $309.34 | $3,040.10 |
| 01/11/13 | CHECK # 1228 | | $54.30 | $3,349.44 |
| 01/11/13 | CHECK # 1227 | | $59.45 | |
| 01/11/13 | CHECK # 1233 | | $444.25 | |
| 01/11/13 | CHECK # 1231 | | $500.00 | |
| 01/10/13 | CHECK # 1229 | | $11.73 | $4,407.44 |
| 01/10/13 | CHECK # 1234 | | $87.27 | |
| 01/10/13 | CHECK # 1235 | | $450.00 | |
| 01/10/13 | CHECK # 1230 | | $849.72 | |
| 01/08/13 | POS PURCHASE - USPS 1228160023 EASTMAN GA 8133 00000000240072149 | | $45.00 | $5,806.16 |
| 01/08/13 | DEPOSIT | $4,746.00 | | |
| 01/07/13 | CHECK # 1225 | | $101.25 | $1,105.16 |
| 01/02/13 | DCA HAP 000000 34612 305147 SARALAND LLLP | $422.00 | | $1,206.41 |
| **Totals** | | **$5,418.00** | **$5,423.21** | |

⌂ Equal Housing Lender

© 1995 – 2013 Wells Fargo. All rights reserved.

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: SARALAND, LLLP           Case Number: 12-30113

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |

TOTAL                                                    $ _____

10:02 AM

03/05/13

# Saraland LLLP
# Check Detail
### January 2013

| Date | Num | Name | Account | Paid Amount |
|------|-----|------|---------|-------------|
| **1/8/2013** | **Debit** | **USPS** | **1000 · Wells Fargo** | |
| | | | 5100 · Shipping and fees | -45.00 |
| TOTAL | | | | -45.00 |
| **1/22/2013** | **Debit** | **GOTOMYPC.COM** | **1000 · Wells Fargo** | |
| | | | 6032 · Software Expense | -9.95 |
| TOTAL | | | | -9.95 |
| **1/30/2013** | **Debit** | **Pacific Legal Foundation** | **1000 · Wells Fargo** | |
| | | | 7015 · Dues & Subscriptions | -350.00 |
| TOTAL | | | | -350.00 |
| **1/21/2013** | **Transfer** | **Wells Fargo Bank** | **1000 · Wells Fargo** | |
| | | | 3100 · Dividends | -500.00 |
| TOTAL | | | | -500.00 |
| **1/7/2013** | **1225** | **Nikki Harrell** | **1000 · Wells Fargo** | |
| | | | 6011 · Contract Labor | -101.25 |
| TOTAL | | | | -101.25 |
| **1/8/2013** | **1226** | **AT&T** | **1000 · Wells Fargo** | |
| 1/8/2013 | 478-374-5097 | | 6070 · Telephone | -184.67 |
| 1/8/2013 | 478-374-9946 | | 6070 · Telephone | -78.20 |
| 1/8/2013 | 478-374-5522 | | 6070 · Telephone | -46.47 |
| TOTAL | | | | -309.34 |
| **1/8/2013** | **1227** | **Chas Mar Home and Garden** | **1000 · Wells Fargo** | |
| 1/8/2013 | Acct#10636 | | 6050 · Repairs & Maintenance | -59.45 |
| TOTAL | | | | -59.45 |
| **1/8/2013** | **1228** | **City of Eastman** | **1000 · Wells Fargo** | |
| 1/8/2013 | Acct#0004 03... | | 6085 · Utilities | -54.30 |
| TOTAL | | | | -54.30 |
| **1/8/2013** | **1229** | **Georgia Power** | **1000 · Wells Fargo** | |
| 1/8/2013 | Acct#85506-9... | | 6085 · Utilities | -11.73 |
| TOTAL | | | | -11.73 |
| **1/8/2013** | **1230** | **Shorty's** | **1000 · Wells Fargo** | |
| 1/8/2013 | | | 6091 · Gas & Oil | -849.72 |
| TOTAL | | | | -849.72 |
| **1/8/2013** | **1231** | **Thigpen, Jones, Seaton & C...** | **1000 · Wells Fargo** | |
| | | | 6042 · Accounting | -500.00 |
| TOTAL | | | | -500.00 |

10:02 AM
03/05/13

# Saraland LLLP
## Check Detail
### January 2013

| Date | Num | Name | Account | Paid Amount |
|------|-----|------|---------|-------------|
| **1/10/2013** | **1232** | **Bruce Hartley** | **1000 · Wells Fargo** | |
| TOTAL | | | | 0.00 |
| **1/10/2013** | **1233** | **Heart of Ga. Signs** | **1000 · Wells Fargo** | |
| 1/10/2013 | Goody's job - li... | | 6054 · Rental Repairs & Maint... | -444.25 |
| TOTAL | | | | -444.25 |
| **1/10/2013** | **1234** | **Nancy Winans** | **1000 · Wells Fargo** | |
| | | | 6050 · Repairs & Maintenance | -87.27 |
| TOTAL | | | | -87.27 |
| **1/10/2013** | **1235** | **Nikki Harrell** | **1000 · Wells Fargo** | |
| | | | 6011 · Contract Labor | -450.00 |
| TOTAL | | | | -450.00 |
| **1/17/2013** | **1236** | **Ocmulgee EMC** | **1000 · Wells Fargo** | |
| 1/17/2013 | Invoice#140740 | | 6085 · Utilities | -194.20 |
| TOTAL | | | | -194.20 |
| **1/17/2013** | **1237** | **US Trustee** | **1000 · Wells Fargo** | |
| 1/17/2013 | Acct#343-12-3... | | 6080 · US Trustee Fee | -650.00 |
| TOTAL | | | | -650.00 |
| **1/17/2013** | **1238** | **Nikki Harrell** | **1000 · Wells Fargo** | |
| | | | 6011 · Contract Labor | -360.00 |
| TOTAL | | | | -360.00 |
| **1/25/2013** | **1239** | **Nikki Harrell** | **1000 · Wells Fargo** | |
| | | | 6011 · Contract Labor | -446.75 |
| TOTAL | | | | -446.75 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  SARALAND, LLLP                Case Number:  12-30113

Reporting Period beginning _____        Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____        BRANCH: _____

ACCOUNT NAME: _____        ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 475.00 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 475.00  **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  ( □ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

10:25 AM

02/11/13

# Saraland LLLP
## Reconciliation Summary
### 1005 · Wells Fargo - Payroll, Period Ending 02/07/2013

|  | Feb 7, 13 |
|---|---|
| **Beginning Balance** | 475.00 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -5.00 |
| **Total Cleared Transactions** | -5.00 |
| **Cleared Balance** | **470.00** |
| Register Balance as of 02/07/2013 | 470.00 |
| **Ending Balance** | 470.00 |

**10:25 AM**

**02/11/13**

# Saraland LLLP
## Reconciliation Detail
### 1005 · Wells Fargo - Payroll, Period Ending 02/07/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 475.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 2/7/2013 | | | X | -5.00 | -5.00 |
| Total Checks and Payments | | | | | -5.00 | -5.00 |
| Total Cleared Transactions | | | | | -5.00 | -5.00 |
| Cleared Balance | | | | | -5.00 | 470.00 |
| Register Balance as of 02/07/2013 | | | | | -5.00 | 470.00 |
| **Ending Balance** | | | | | **-5.00** | **470.00** |

Wells Fargo Account Activity

 Wells Fargo Business Online®

**Account Activity**

Business and Personal Accounts

PAYROLL XXXXXX9942

**Activity Summary**

| | |
|---|---|
| Ending Collected Balance as of 03/04/13 | $470.00 |
| Current Posted Balance | $470.00 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$470.00** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

**Transactions**

Show:   for  Date Range  01/01/13  to  01/31/13

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 01/08/13 | MONTHLY SERVICE FEE | | $5.00 | $475.00 |
| **Totals** | | **$0.00** | **$5.00** | |

🏠 **Equal Housing Lender**

© 1995 – 2013 Wells Fargo. All rights reserved.

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: SARALAND, LLLP          Case Number: 12-30113

Reporting Period beginning _____          Period ending _____

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |

TOTAL                                                                 $ _____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: SARALAND, LLLP                    Case Number: 12-30113

Reporting Period beginning _____     Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

10:31 AM

02/11/13

# Saraland LLLP
## Reconciliation Summary
### 1010 · Wells Fargo - Tax account, Period Ending 01/29/2013

|  | Jan 29, 13 |
|---|---|
| **Beginning Balance** | 462.06 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -5.00 |
| **Total Cleared Transactions** | -5.00 |
| **Cleared Balance** | **457.06** |
| Register Balance as of 01/29/2013 | 457.06 |
| **Ending Balance** | 457.06 |

10:31 AM

02/11/13

# Saraland LLLP
## Reconciliation Detail
### 1010 · Wells Fargo - Tax account, Period Ending 01/29/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 462.06 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 1/29/2013 | | | X | -5.00 | -5.00 |
| Total Checks and Payments | | | | | -5.00 | -5.00 |
| Total Cleared Transactions | | | | | -5.00 | -5.00 |
| Cleared Balance | | | | | -5.00 | 457.06 |
| Register Balance as of 01/29/2013 | | | | | -5.00 | 457.06 |
| **Ending Balance** | | | | | **-5.00** | **457.06** |

 **Wells Fargo Business Online®**

## Account Activity

**Business and Personal Accounts**

**TAX XXXXXX9959**

### Activity Summary

| | |
|---|---|
| Ending Collected Balance as of 03/04/13 | $410.06 |
| Current Posted Balance | $410.06 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$410.06** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show:  for  Date Range  01/01/13 to 01/31/13

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 01/31/13 | IRS USATAXPYMT 013113 270343194626229 SARALAND LLLP | | $42.00 | $415.06 |
| 01/29/13 | MONTHLY SERVICE FEE | | $5.00 | $457.06 |
| **Totals** | | **$0.00** | **$47.00** | |

🏠 Equal Housing Lender
© 1995 – 2013 Wells Fargo. All rights reserved.

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:  SARALAND, LLLP             Case Number: 12-30113

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |

TOTAL                                                     _____(d)

**SUMMARY OF TAXES PAID**

Payroll Taxes Paid                                      _____(a)
Sales & Use Taxes Paid                               _____(b)
Other Taxes Paid                                        _____(c)
TOTAL                                                      _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
     (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
     (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
     (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                      _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                            $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $_____ (c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  SARALAND, LLLP                    Case Number: 12-30113

Reporting Period beginning _____        Period ending _____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | None | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                                    $ _____

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  SARALAND, LLLP                    Case Number:  12-30113

Reporting Period beginning _____    Period ending _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | _____ | _____ |
| Number hired during the period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | _____ | _____ |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.