UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

In re § 
SARALAND, LLLP, § Chapter 11 Case No. 12-30113-SDB
 §
Debtor §

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

Pursuant to this Court's order authorizing the appointment of a chapter 11 trustee under 11 U.S.C. § 1104(a), the United States Trustee hereby appoints the following person as examiner:

Todd Boudreaux
Shepard, Plunkett, Hamilton & Boudreaux, LLP
7013 Evans Town Center Blvd, Suite 303
Evans, GA 30809

The bond shall be initially fixed in the amount of $100,000. The bond may be adjusted to the extent necessary, after consultation with a representative of the U.S. Trustee, to reflect the chapter 11 trustee's possession of any liquid assets of the estate.

This appointment is hereby made this 29th day of March, 2013.

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE, REGION 21

/s/ *Matthew E. Mills*
Matthew E. Mills, Assistant U.S. Trustee
Office of the United States Trustee
2 East Bryan Street, Suite 725
Savannah, GA 31401

I hereby accept my appointment as chapter 11 trustee in the above-captioned case.

Dated: March 28, 2013

TODD BOUDREAUX

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| In re | § | |
| SARALAND, LLLP, | § | Chapter 11 Case No. 12-30113-SDB |
| | § | |
| Debtor | § | |

## VERIFIED STATEMENT OF TODD BOUDREAUX

I hereby verify that I have no connections with the above-referenced debtor, its creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: **(If you have no connections, write "none".)** None

I declare and verify under penalty of perjury that the foregoing is true and correct.

DATE: 3/29/2013

TODD BOUDREAUX

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

In re § 
SARALAND, LLLP, § Chapter 11 Case No. 12-30113-SDB
 §
Debtor §

## AFFIDAVIT OF TODD BOUDREAUX

I, Todd Boudreaux, hereby state the following under penalty of perjury and 18 U.S.C. §1001, as a condition of my appointment in this case by the United States Trustee:

1. I have filed income tax returns for the three tax years preceding my appointment in this case.

2. I owe no delinquent tax obligations to any taxing authority.

3. I have never been convicted of a felony.

4. I am not addicted to any drug, narcotic or alcohol.

5. There are no outstanding money judgments entered against me.

6. With the exception of adversary cases filed in connection with my service as chapter 7 trustee, I am not individually named as a defendant in any lawsuit pending at this time except: (If none, so state)

    a.

    b.

    c.

    d.

7. I am not delinquent in repaying any outstanding student loan obligations.

8. I have within the last five (5) years submitted to a background check based on forms and other documentation as required by the United States Trustee.

9. I will promptly advise the Office of the United States Trustee of any circumstances that cause the foregoing certifications to change.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 29th day of March, 2013.

_____
TODD BOUDREAUX, AFFIANT

STATE OF GEORGIA                )
                                ) ss:
CITY OF EVANS                   )

Executed and acknowledged before me, the undersigned notary,

on this 29th day of March, 2013.

Mary J Freeland
_____
NOTARY PUBLIC

My commission expires: 8/11/2015