IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| SARALAND, LLLP | ) | CASE NO. 12-30113-SDB |
| Debtor | ) | |

## REPORT OF SALE

COMES NOW, the Chapter 11 Trustee, and files this Report of Sale of real property located at 270 Pruett Road, Franklin County, FL (hereinafter "Property") showing as follows:

1.

The Debtor filed this case under Chapter 11 of the Bankruptcy Code on March 29, 2012. The undersigned was appointed Chapter 11 Trustee on March 29, 2012.

2.

A Judgment was entered by this Court in Adversary Proceeding No. 13-03004-SDB on November 22, 2013 (Doc. #40) vesting legal title of the Property into the name of the Debtor.

3.

The Trustee determined that it was in the best interest of the Chapter 11 Estate to liquidate the Property and obtained an Order from the Court (Doc. #277) to approve the employment of Rowell Auctions, Inc. (hereinafter "Auctioneer") to conduct an on-line auction of real estate property owned by the Estate. The auction commenced on August and was concluded in September, 2013.

4.

Through efforts of the Auctioneer, the Trustee received an executed sales agreement for the Property, and the Court entered an Order to sell the real property free and clear of all claims, liens and encumbrances on November 22, 2013 (Doc. #409). A title search and survey conducted subsequent to the approval of the sale revealed outstanding liens and the fact that the Property was landlocked. The Trustee was therefore unable to transfer marketable title to the Buyer and the

contract was terminated by mutual agreement of the Trustee and the Buyers.

5.

The Property was listed through a local real estate agent by the Auctioneer which resulted in an offer to purchase the Property for $175,000.00. The buyers, Stewart McFarlane and Catherine McFarlane (herein "Buyers") negotiated the proposed purchase price at arms-length and agreed to purchase the property "as is" with the outstanding issues regarding the lack of road access to the Property.

6.

The Trustee obtained an Order on July 1, 2015 (Doc. #944) from the Court approving the sale of the Property to the Buyers for $175,000.00. It was ordered that any unpaid claims, liens or encumbrances would attach to the net proceeds of the sale.

7.

The sales price for the Property totaled $175,000.00. At the close of the sale of the Property on July 13, 2015, the net proceeds of $150,783.55 were remitted to the Trustee.

8.

The form HUD-1 settlement statement disclosing all disbursements at closing is attached hereto as Exhibit "A" and is incorporated by this reference.

Respectfully submitted this ___ day of July, 2015.

/s/ Todd Boudreaux
TODD BOUDREAUX
Chapter 11 Trustee
Georgia State Bar No. 070023

SHEPARD, PLUNKETT,
HAMILTON & BOUDREAUX, LLP
7013 Town Center Blvd., Suite 303
Evans, GA 30809

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served upon the following parties by either electronic filing or by depositing said copy in the United State mail with adequate postage affixed, for the safe and proper delivery, to the persons listed below:

United States Trustee Office
*Via ECF Electronic Filing*

This 16th day of July, 2015.

s/ Todd Boudreaux
TODD BOUDREAUX
Chapter 11 Trustee
Georgia State Bar No. 070023

SHEPARD, PLUNKETT
HAMILTON, & BOUDREAUX, LLP
7013 Evans Town Center Blvd, Ste 303
Evans, GA 30809
(706) 869-1334

7/8/2015 2:53:19 PM

## A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265

### B. Type of Loan

1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins.  ☐ Other

6. File Number: 1734
7. Loan Number:
8. Mortgage Insurance Case Number:

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name & Address of Borrower:** Stuart A. Macfarlane, 18890 W. 252nd St., Paola, KS 66071
Catherine S. Macfarlane, 18890 W. 252nd St., Paola, KS 66071

**E. Name & Address of Seller:** Todd Boudreaux, as Trustee, 7013 Evans Town Center Blvd, Evans, GA 30809

**F. Name & Address of Lender:**

**G. Property Location:** Property Address
270 Pruett Rd. Eastpoint, Florida 32328
Metes and Bounds, Franklin County, Florida
06-09S-06W-0000-0020-0000

**H. Settlement Agent:** Bradley Title, LLC, 1813 John Sims Pkwy, Suite A, Niceville, FL 32578, (850) 279-3637
**Place of Settlement:** 1813 John Sims Pkwy, Suite A, Niceville, FL 32578

**I. Settlement Date:** 7/13/2015   **Proration Date:** 7/13/2015   **Disbursement Date:** 7/13/2015

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $175,000.00 | 401. Contract sales price | $175,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $1,348.28 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | $176,348.28 | **420. Gross Amount Due to Seller** | $175,000.00 |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | $2,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $23,175.04 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes 1/1/2015 to 7/13/2015 | $1,041.41 | 511. County taxes 1/1/2015 to 7/13/2015 | $1,041.41 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | $3,041.41 | **520. Total Reduction Amount Due Seller** | $24,216.45 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | $176,348.28 | 601. Gross amount due to seller (line 420) | $175,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | ($3,041.41) | 602. Less reductions in amount due seller (line 520) | ($24,216.45) |
| 303. Cash ☒ From ☐ To Borrower | $173,306.87 | 603. Cash ☒ To ☐ From Seller | $150,783.55 |

**SUBSTITUTE FORM 1099 SELLER STATEMENT** - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**SELLER INSTRUCTION** - If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required to provide the Settlement Agent with your correct taxpayer identification number.
If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

X _____
Todd Boudreaux, as Trustee


EXHIBIT "A"

L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. | Total Sales/Broker's Commission based on price $175,000.00 @ 10.000000% = $17,500.00 | | |
| | Division of commission (line 700) as follows: | | |
| 701. | $14,000.00 to be paid as $8,750.00 to Rowell Auctions, Inc. & $5,250.00 to Helen Sopher | | |
| 702. | $3,500.00 to Jan Hooks Real Estate Group, Inc. | | |
| 703. | Commission paid at settlement $17,500.00 | | $17,500.00 |
| 704. | | | |
| 800. | Items Payable in Connection with Loan | | |
| 801. | Loan origination fee | | |
| 802. | Loan discount | | |
| 803. | Appraisal fee | | |
| 804. | Credit report | | |
| 805. | Lender's inspection fee | | |
| 806. | Mortgage insurance application fee | | |
| 807. | Assumption fee | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 900. | Items Required by Lender to Be Paid in Advance | | |
| 901. | Interest from | | |
| 902. | Mortgage insurance premium for | | |
| 903. | Hazard insurance premium for | | |
| 904. | | | |
| 905. | | | |
| 1000. | Reserves Deposited with Lender | | |
| 1001. | Hazard insurance | | |
| 1002. | Mortgage insurance | | |
| 1003. | City property taxes | | |
| 1004. | County property taxes | | |
| 1005. | Annual assessments | | |
| 1006. | | | |
| 1007. | | | |
| 1008. | | | |
| 1009. | | | |
| 1100. | Title Charges | | |
| 1101. | Settlement or closing fee to Bradley Title, LLC | $300.00 | |
| 1102. | Abstract or title search to First American Title | $85.00 | |
| 1103. | Title examination | | |
| 1104. | Title insurance binder | | |
| 1105. | Document preparation | | |
| 1106. | Notary fees | | |
| 1107. | Attorney's fees to | | |
| | Includes above item numbers: | | |
| 1108. | Title Insurance to Bradley Title, LLC | $950.00 | |
| | Includes above item numbers: | | |
| 1109. | Lender's coverage | | |
| 1110. | Owner's coverage $175,000.00 $950.00 | | |
| 1111. | Florida Statutory Surcharge to First American Title Insurance Company | $3.28 | |
| 1112. | | | |
| 1113. | | | |
| 1200. | Government Recording and Transfer Charges | | |
| 1201. | Recording fees: Deed $10.00 | $10.00 | |
| 1202. | City/county tax/stamps: | | |
| 1203. | State tax/stamps: Deed $1,225.00 | | $1,225.00 |
| 1204. | | | |
| 1205. | | | |
| 1206. | | | |
| 1300. | Additional Settlement Charges | | |
| 1301. | Survey | | |
| 1302. | Pest inspection | | |
| 1303. | | | |
| 1304. | 2013-2014 Property Taxes to Franklin County Tax Collector | | $4,450.04 |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1400. | Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | $1,348.28 | $23,175.04 |

Items marked "POC" were paid outside the closing by: Borrower (POCB), Lender (POCL), Mortgage Broker (POCM), Other (POCO), Real Estate Agent (POCR), or Seller (POCS).

| L. Settlement Charges | | |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price $175,000.00 @ 10.000000% = $17,500.00 | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| Division of commission (line 700) as follows: | | |
| 701. $14,000.00 to be paid as $8,750.00 to Rowell Auctions, Inc. & $5,250.00 to Helen Sopher | | |
| 702. $3,500.00 to Jan Hooks Real Estate Group, Inc. | | |
| 703. Commission paid at settlement $17,500.00 | | $17,500.00 |
| 704. | | |
| 800. Items Payable in Connection with Loan | | |
| 801. Loan origination fee | | |
| 802. Loan discount | | |
| 803. Appraisal fee | | |
| 804. Credit report | | |
| 805. Lender's inspection fee | | |
| 806. Mortgage insurance application fee | | |
| 807. Assumption fee | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 812. | | |
| 813. | | |
| 900. Items Required by Lender to Be Paid in Advance | | |
| 901. Interest from | | |
| 902. Mortgage insurance premium for | | |
| 903. Hazard insurance premium for | | |
| 904. | | |
| 905. | | |
| 1000. Reserves Deposited with Lender | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. | | |
| 1009. | | |
| 1100. Title Charges | | |
| 1101. Settlement or closing fee to Bradley Title, LLC | $300.00 | |
| 1102. Abstract or title search to First American Title | $85.00 | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary fees | | |
| 1107. Attorney's fees to | | |
| Includes above item numbers: | | |
| 1108. Title Insurance to Bradley Title, LLC | $950.00 | |
| Includes above item numbers: | | |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage $175,000.00 $950.00 | | |
| 1111. Florida Statutory Surcharge to First American Title Insurance Company | $3.28 | |
| 1112. | | |
| 1113. | | |
| 1200. Government Recording and Transfer Charges | | |
| 1201. Recording fees: Deed $10.00 | $10.00 | |
| 1202. City/county tax/stamps: | | |
| 1203. State tax/stamps: Deed $1,225.00 | | $1,225.00 |
| 1204. | | |
| 1205. | | |
| 1206. | | |
| 1300. Additional Settlement Charges | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. | | |
| 1304. 2013-2014 Property Taxes to Franklin County Tax Collector | | $4,450.04 |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | $1,348.28 | $23,175.04 |

Items marked "POC" were paid outside the closing by: Borrower (POCB), Lender (POCL), Mortgage Broker (POCM), Other (POCO), Real Estate Agent (POCR), or Seller (POCS).

INITIAL X
HERE X

**CERTIFICATION:**
I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement. The Settlement Agent does not warrant or represent the accuracy of information provided by any party, including information concerning POC items and information supplied by the lender, if any, in this transaction appearing on this HUD-1 Settlement Statement and the parties hold harmless the Settlement Agent as to any inaccuracies in such matters.

X _____

Stuart A. Macfarlane

Todd Bousfeaux, as Trustee

_____

Catherine S. Macfarlane

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____                    Date 7/9/15

Jared Bradley

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.

**CERTIFICATION:**

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement. The Settlement Agent does not warrant or represent the accuracy of information provided by any party, including information concerning POC items and information supplied by the lender, if any, in this transaction appearing on this HUD-1 Settlement Statement and the parties hold harmless the Settlement Agent as to any inaccuracies in such matters.

X _____         _____
Stuart A. Macfarlane                       Todd Boudreaux, as Trustee

X _____
Catherine S. Macfarlane

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____           7/13/15
Jared Bradley                              Date

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.