IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| In the matter of: | § | |
| | § | Chapter 7 Case |
| SARALAND, LLLP, | § | Number 12-30113-SDB |
| | § | |
| | § | |
| Debtor(s). | § | |

## NOTICE OF REMOVAL OF TRUSTEE
## AND APPOINTMENT OF SUBSTITUTE TRUSTEE

The United States Trustee respectfully shows to the Court the following:

1. That TODD BOUDREAUX, the Chapter 7 Trustee, has resigned as a Chapter 7 Trustee for the Southern District of Georgia, Augusta Division.

2. For good cause shown, the name of TODD BOUDREAUX, is stricken as Trustee in said case.

3. That JOY R. WEBSTER is hereby appointed and substituted as Trustee and the Trustee's standing bond is fixed under the general bond. Unless the Trustee files a rejection of this appointment within five (5) days following receipt of this appointment, the Trustee will be presumed to have accepted this appointment.

4. Notice is further given that unless there is filed within twenty-one (21) days of the date of this notice a request by a party in interest for the election of a trustee, JOY R. WEBSTER will become and serve as permanent trustee.

This 27th day of December, 2016.

Respectfully submitted,

GUY G. GEBHARDT, ACTING
UNITED STATES TRUSTEE, REGION 21

By: _____
Matthew E. Mills
Assistant United States Trustee

Office of the United States Trustee
2 East Bryan Street, Ste. 725
Savannah, Georgia  31401
(912) 652-4112
Georgia Bar No. 509718

STATE OF GEORGIA )
)
COUNTY OF CHATHAM )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing Notice of Appointment of Substitute Trustee has this day been served upon the following by mailing a copy of the same through the United States Mail bearing sufficient postage thereon. In addition, electronic service was received by those parties that are entitled to receive service in this case through the Electronic Filing System of this Court.

Saraland, LLLP
Post Office Box 4116
Eastman, Georgia 31023-4116

Mr. Todd Boudreaux
Chapter 7 Trustee
493 Fury's Ferry Road
Augusta, Georgia 30809

Ms. Joy R. Webster
Chapter 7 Trustee
Post Office Box 1098
Macon, Georgia 31202

This 27th day of December, 2016.

BY: _____
Lynn M. Bostwick
Paralegal Specialist

Office of the United States Trustee
2 East Bryan Street, Ste. 725
Savannah, Georgia 31401
(912) 652-4112