**IT IS ORDERED as set forth below:**



**Date: May 16, 2018**

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE:
    SARALAND, LLLP     :   CHAPTER 7
    DEBTOR     :   CASE NO. 12-30113-SDB

### ORDER GRANTING MOTION OF SARALAND, LLLP AND LISTER HARRELL TO REQUIRE THE CHAPTER 7 TRUSTEE TO ABANDON HER INTEREST IN PROPERTY OF THE ESTATE

SARALAND, LLLP and LISTER HARRELL filed a motion requesting this Court, pursuant to 11 U.S.C. §554, to order JOY R. WEBSTER, Chapter 7 Trustee, to abandon her interest in the following property of the estate:

ALL CLAIMS OF EVERY TYPE AND DESCRIPTION HELD BY DEBTOR AGAINST TODD BOUDREAUX AND THE SURETY ON HIS BOND.

After notice and a hearing, [for the reasons set forth on the record at the] *SDB* it is ORDERED that JOY R. WEBSTER, Chapter 7 Trustee, abandon her interest in all claims of every type and description held by Debtor against Todd Boudreaux and the surety on his bond. *See 11 U.S.C. §554 and Fed. R. Bankr. SDBP. 6007.*

[END OF DOCUMENT]

Order prepared by:
/s/ Edward B. Claxton III
Edward B. Claxton III
Ga. Bar No. 129151
Attorney for Saraland LLLP
Edward B. Claxton III, LLC
P.O. Box 16459
Dublin, GA 31040
Telephone: (478) 272-9965
Facsimile: (478) 272-4225
Email: ebcatty@bellsouth.net